KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel: 916.905.7265
Fax: 916.721.2742

Attorneys for Defendant
MAURICE COLLINS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MAURICE COLLINS,<br><br>                Defendant. | CASE NO. 2:25-CR-00032-DJC<br><br>STIPULATION CONTINUING STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: May 15, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Maurice Collins, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 15, 2025.

2. By this stipulation, the parties now move to continue the status conference to August 28, 2025, at 9:00 a.m.

3. Counsel for defendant requests more time to review discovery which includes numerous videos, photographs, documents, and reports. The parties have also conferred regarding a potential resolution.

4. Counsel for Government is also preparing additional discovery to be delivered to the defense pursuant to a discovery request.

5. The government does not oppose the requested continuance.

6. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

STIPULATION RE CONTINUANCE OF STATUS        1

excluded of this order's date through and including August 28, 2025; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon defense counsel's request for more time to review discovery.

7. Both parties also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: April 3, 2025                                MICHELE BECKWITH
                                                    Acting United States Attorney


                                                    /s/ *NICOLE VANEK*
                                                    NICOLE VANEK
                                                    Assistant United States Attorney


Dated: April 3, 2025                                /s/ *KELLAN PATTERSON*
                                                    KELLAN PATTERSON
                                                    Counsel for Defendant
                                                    MAURICE COLLINS


## ORDER

IT IS SO FOUND AND ORDERED this 12th day of May, 2025.

                                                    /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE