UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 27, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE COLLINS,<br><br>　　　　Defendant. | Case No. 2:25-cr-00032-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  MAURICE COLLINS ,

Case No.  2:25-cr-00032-DJC , Charge 18 U.S.C. § 922(g)(1), from custody for the following reasons:

_____　Release on Personal Recognizance

_____　Bail Posted in the Sum of $ _____

__x__　Unsecured Appearance Bond $  40,000.00 total (4 bonds)

_____　Appearance Bond with 10% Deposit

_____　Appearance Bond with Surety

_____　Corporate Surety Bail Bond

__x__　(Other):  Release delayed until 5/28/2025 at 9:00 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on May 27, 2025, at 3:00 PM.

By: _/s/ Sean C. Riordan_____

Magistrate Judge Sean C. Riordan