KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel:  916.905.7265
Fax: 916.721.2742

Attorneys for Defendant
MAURICE COLLINS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE COLLINS,<br><br>　　　　　　　　Defendant. | CASE NO.  2:25-CR-00032-DJC<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; [PROPOSED] ORDER<br><br>DATE: June 4, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Maurice Collins, by and through his counsel of record, hereby stipulate as follows:

1.　　By previous order, Magistrate Judge Sean C. Riordan ordered Defendant Maurice Collins released on May 27, 2025. (ECF No. 28).

2.　　Furthermore, Special Conditions of Release were issued as to Maurice Collins. (ECF No. 29).

3.　　By this stipulation, the parties now move to modify Maurice Collins' Special Conditions of Release to include the following circumstances:

　　a)　　Maurice Collins is allowed to attend his child's graduation ceremony on June 5, 2025, which will take place at Sacramento High School, in Sacramento, California. He will be allowed to attend this ceremony from the period of 9:30 a.m. to 12:00 noon. Mr. Collins will depart by himself from his residence, 119 Seavey Circle, Sacramento, California and drive solely

to Sacramento High School. Additionally, Collins is allowed to attend a graduation dinner which will take place at the residence of Patricia Gardley, at 411 Picasso Circle, Sacramento, California. Collins will depart Sacramento High School at 12:00 pm and arrive at said location by 12:30 p.m. During this time, Collins will be accompanied by his minor children. Mr. Collins will depart from Ms. Gardley's residence at 3:30 p.m. and Mr. Collins will return to his residence by 4:00 p.m.

   b) Maurice Collins is further allowed to attend a family reunion on June 14, 2025, located at William Land Park from 3:00 p.m. to 6:00 p.m. Mr. Collins will depart his residence no earlier than 2:30 p.m. and will return to his residence no later than 6:30 p.m.

   c) Maurice Collins will inform his pretrial service officers when he is enroute to each destination.

  4. The government does not oppose or object to the modification.

  5. According to Pretrial Services, the defendant has been subject to pretrial supervision and location monitoring since May 28, 2025, and he has not incurred any location monitoring violations. Furthermore, Pretrial Services defers to the Court Regarding approval for his schedule requests.

  6. Defendant's counsel has contacted each bond surety, Charmaine Straughter, Natasha Dobson, Amber Newsome and Angela Gilmore, and each surety is not in opposition to the requested modifications.

  7. All previous conditions outlined in the Special Conditions of Release ordered on May 27, 2025, remain in effect.

  IT IS SO STIPULATED.

Dated:  June 4, 2025        MICHELE BECKWITH
                 Acting United States Attorney

                 */s/ NICOLE VANEK*
                 NICOLE VANEK
                 Assistant United States Attorney

Dated: June 4, 2025

/s/ *KELLAN PATTERSON*
KELLAN PATTERSO
Counsel for Defendant
MAURICE COLLINS

Dated: June 4, 2025

NAFESHA DOBSON
Bond Surety for Defendant

Dated: June 4, 2025

CHARMAINE STRAUGHTER
Bond Surety for Defendant

Dated: June 4, 2025

AMBER NEWSOME
Bond Surety for Defendant

Dated: June 4, 2025

ANGELA GILMORE
Bond Surety for Defendant

///

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this 5 day of June, 2025.

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE