KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel: 916.905.7265
Fax: 916.721.2742

Attorneys for Defendant
MAURICE COLLINS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00032-DJC |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; [PROPOSED] ORDER |
| v. | DATE: June 12, 2025 |
| MAURICE COLLINS, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Jeremy D. Peterson |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Maurice Collins, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, Magistrate Judge Sean C. Riordan ordered Defendant Maurice Collins released on May 27, 2025. (ECF No. 28).

2. Furthermore, Special Conditions of Release were issued as to Maurice Collins. (ECF No. 29).

3. On June 6, 2025, Hon. Jeremy D. Peterson issued an order modifying Maurice Collins' release conditions. (ECF No. 36).

4. By this stipulation, the parties now move to modify Maurice Collins' Special Conditions of Release to include the following circumstances:

    a) Maurice Collins is permitted to leave his residence at 9:00 a.m. on June 15, 2025, and to travel directly by automobile to the residence of Patricia Gardley, at 411 Picasso Circle,

Sacramento, California to observe Father's Day with his children. Mr. Collins is then required to return to his residence by 7:00 p.m.

   b)  Maurice Collins will inform his pretrial service officers when he is enroute to each destination.

5. The government does not oppose or object to the modification.

6. According to Pretrial Services, the defendant has been subject to pretrial supervision and location monitoring since May 28, 2025, and he has not incurred any location monitoring violations. Furthermore, Pretrial Services defers to the Court Regarding approval for his schedule requests.

7. Defendant's counsel has contacted each bond surety, Charmaine Straughter, Natasha Dobson, Amber Newsome and Angela Gilmore, and each surety is not in opposition to the requested modifications.

8. All previous conditions outlined in the Special Conditions of Release ordered on May 27, 2025, remain in effect.

IT IS SO STIPULATED.

Dated: June 11, 2025        MICHELE BECKWITH
                Acting United States Attorney

                /s/ *NICOLE VANEK*
                NICOLE VANEK
                Assistant United States Attorney

Dated: June 11, 2025         /s/ *KELLAN PATTERSON*
                KELLAN PATTERSO
                Counsel for Defendant
                MAURICE COLLINS

Dated: June 11, 2025
                NAFEESHA DOBSON
                Bond Surety for Defendant

Dated: June 11, 2025

CHARMAINE STRAUGHTER
Bond Surety for Defendant

Dated: June 11, 2025

AMBER NEWSOME
Bond Surety for Defendant

Dated: June 4, 2025

ANGELA GILMORE
Bond Surety for Defendant

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:   June 12, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE