KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel: 916.905.7265
Fax: 916.721.2742

Attorneys for Defendant
MAURICE COLLINS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>                    v.<br><br>MAURICE COLLINS,<br><br>                               Defendant. | CASE NO.  2:25-CR-00032-DJC<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER<br><br>DATE: July 1, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Maurice Collins, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, Magistrate Judge Sean C. Riordan ordered Defendant Maurice Collins released on May 27, 2025. (ECF No. 28).

2.      Furthermore, Special Conditions of Release were issued as to Maurice Collins. (ECF No. 29).

3.      On June 6, 2025, Hon. Jeremy D. Peterson issued an order modifying Maurice Collins' release conditions. (ECF No. 36).

4.      On June 13, 2025, Hon. Jeremey D. Peterson issued an order modifying Maurice Collins' release conditions. (ECF No. 38).

5.      By this stipulation, the parties now move to modify Maurice Collins' Special Conditions of Release to include the following circumstances:

1    a)    Maurice Collins is permitted to leave his residence at 3:00 p.m. on July 4, 2025,

2    and to travel directly by automobile to 63 Dessertwood Court, Sacramento, California to observe

3    Fourth of July Holiday with his children. Mr. Collins is then required to return to his residence

4    by 11:59 p.m.

5    b)    Maurice Collins will inform his pretrial service officers when he is enroute to

6    each destination.

7    6.    The government does not oppose or object to the modification.

8    7.    According to Pretrial Services, the defendant has been subject to pretrial supervision and

9    location monitoring since May 28, 2025, and he has not incurred any location monitoring violations.

10    Furthermore, Pretrial Services defers to the Court Regarding approval for his schedule requests.

11    8.    Defendant's counsel has contacted each bond surety, Charmaine Straughter, Natasha

12    Dobson, Amber Newsome and Angela Gilmore, and each surety is not in opposition to the requested

13    modifications.

14    9.    All previous conditions outlined in the Special Conditions of Release ordered on May 27,

15    2025, remain in effect.

16

17    IT IS SO STIPULATED.

18

19

20    Dated:  June 27, 2025                    MICHELE BECKWITH
                                              Acting United States Attorney
21

22                                            /s/ *NICOLE VANEK*
                                              NICOLE VANEK
23                                            Assistant United States Attorney

24

25

26

27

28

Dated: June 27, 2025

/s/ *KELLAN PATTERSON*

KELLAN PATTERSON
Counsel for Defendant
MAURICE COLLINS

Dated: June 27, 2025

*/s/Nafeesha Dobson*

NAFEESHA DOBSON
Bond Surety for Defendant

Dated: June 27, 2025

*/s/Charmaine Straughter*

CHARMAINE STRAUGHTER
Bond Surety for Defendant

Dated: June 27, 2025

*/s/Amber Newsome*

AMBER NEWSOME
Bond Surety for Defendant

Dated: June 27, 2025

*/s/Angela Gilmore*

ANGELA GILMORE
Bond Surety for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  June 30, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE