1  ERIC GRANT
   United States Attorney
2  NICOLE M. VANEK
   JUSTIN L. LEE
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

   Attorneys for Plaintiff
7  United States of America

8
                        IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:25-CR-00032-DJC

12                        Plaintiff,       STIPULATION AND ORDER TO SET BRIEFING
                                           SCHEDULE
13              v.

14  MAURICE COLLINS,

15                        Defendants.

16

17       Plaintiff, United States of America, by and through its counsel of record, and defendant Maurice

18  Collins, by and through his counsel of record, hereby stipulate as follows:

19       1.  Defendant filed a Motion to Suppress (ECF 46-1) on October 9, 2025. In his Motion,

20           Defendant requested a hearing date of December 4, 2025.

21       2.  The Court confirmed the hearing for December 4, 2025 at the status conference held on

22           October 9, 2025. ECF 47.

23       3.  The parties have agreed to the following motion schedule in this matter:

24           •  Government opposition shall be filed on or before October 30, 2025.

25           •  Defense reply shall be filed on or before November 20, 2025.

26

27       IT IS SO STIPULATED.

28

STIPULATION RE: BRIEFING SCHEDULE                    1

1    Dated:  October 14, 2025                    ERIC GRANT
                                                 United States Attorney
2

3                                         By:    /s/ *NICOLE M. VANEK*
                                                 NICOLE M. VANEK
4                                                Assistant United States Attorney

5

6
     Dated:  October 14, 2025                    /s/ *KELLAN PATTERSON*
7                                                KELLAN PATTERSON
                                                 Counsel for Defendant
8                                                MAURICE COLLINS

9

10

11

12

13

14                                   **ORDER**

15        IT IS SO FOUND AND ORDERED this 14th day of OCTOBER, 2025.

16

17                                               /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
18                                               UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: BRIEFING SCHEDULE                2