1  ERIC GRANT
   United States Attorney
2  NICOLE M. VANEK
   JUSTIN L. LEE
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                     IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:25-CR-0032-DJC
12 |                      Plaintiff,  | ORDER SEALING DOCUMENTS AS SET FORTH
                                      | IN GOVERNMENT'S NOTICE
13 |            v.                    |
14 | MAURICE COLLINS,                 |
15 |                      Defendant.  |

16

17     Pursuant to Local Rule 141(b) and based upon the representations made in the Government's

18 Request to File Government Exhibit A under seal is GRANTED, and IT IS HEREBY ORDERED that

19 Government Exhibit A shall be filed UNDER SEAL until further order of this Court.

20

21     Dated:  October 31, 2025           /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
22                                        UNITED STATES DISTRICT JUDGE