1  KELLAN S. PATTERSON, SB No. 307190
   info@kellanpatterson.com
2  **LAW OFFICE OF KELLAN PATTERSON**
   2450 Venture Oaks Way, Suite 200
3  Sacramento, CA 95833
   Tel:  916.905.7265
4  Fax: 916.721.2742

5  Kellan Patterson, Attorney for MAURICE COLLINS

6

7                     **UNITED STATES DISTRICT COURT**

8                      **EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,          Case No.: 2:25-CR-00032-DJC

11              Plaintiff,
                                        **ORDER**
12      vs.

13  MAURICE COLLINS,

14              Defendant.

15

16      Pursuant to Loal Rule 141(b) and based upon the representations made in Defendant's

17  Request to File Kellan Patterson Declaration and attached Exhibits under seal is GRANTED, and

18  IT IS HERENY ORDERED that Kellan Patterson's Declaration in Support of Defendant's

19  Motion to Suppress shall be filed UNDER SEAL until further ordered of this COURT

20

21

22      IT IS SO FOUND AND ORDERED this 29th day of December, 2025.

23
                                        /s/ Daniel J. Calabretta
24                                      THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28
                                        1
                                     **ORDER**