```
ERIC GRANT
United States Attorney
NICOLE M. VANEK
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICE COLLINS,<br><br>    Defendant. | CASE NO. 2:25-CR-0032-DJC<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations made in the Government's Request to File Government Exhibits A through E under seal is GRANTED, and IT IS HEREBY ORDERED that Government Exhibits A through E shall be filed UNDER SEAL until further order of this Court.

Dated: January 5, 2026                   /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE