ERIC GRANT
United States Attorney
NICOLE M. VANEK
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00032-DJC |
| Plaintiff, | STIPULATION SETTING STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| MAURICE COLLINS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Maurice Collins, by and through his counsel of record, hereby stipulate as follows:

1.      In the Government's Response to Defendant's Declaration in Support of his Motion to Suppress (ECF 62), the Government requested that the Court set a status conference on January 8, 2026.

2.      On January 5, 2026, the parties were notified via electronic mail that a status conference for January 8, 2026 was premature, but the parties could request a status conference for a later date.

3.      By this stipulation, the parties now move to set a status conference on January 22, 2026, at 9:00 AM, to ensure that this case continues to progress.

4.      While the parties wait for the ruling on Defendant's Motion to Suppress, the parties continue to discuss a potential resolution and otherwise prepare for trial.

////

STIPULATION RE CONTINUANCE OF STATUS

1

5.      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 22, 2026; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon the parties' request to move this case along.

6.      Both parties also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


Dated:  January 13, 2026                    ERIC GRANT
                                            United States Attorney


                                            /s/ NICOLE M. VANEK
                                            NICOLE M. VANEK
                                            Assistant United States Attorney


Dated: January 13, 2026                     /s/ Kellan Patterson
                                            KELLAN PATTERSON
                                            Counsel for Defendant
                                            MAURICE COLLINS


**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of January, 2026.


                                            /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE


STIPULATION RE CONTINUANCE OF STATUS                  2