KELLAN S. PATTERSON, SB No. 307190
  info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel:  916.905.7265
Fax: 916.721.2742

Attorneys for Defendant
MAURICE COLLINS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                 v.<br><br>MAURICE COLLINS,<br><br>                          Defendant. | CASE NO.  2:25-CR-00032-DJC<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; [PROPOSED] ORDER<br><br>DATE: February 13, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Maurice Collins, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, Magistrate Judge Sean C. Riordan ordered Defendant Maurice Collins released on May 27, 2025. (ECF No. 28).

2.      Furthermore, Special Conditions of Release were issued as to Maurice Collins. (ECF No. 29).

3.      On June 6, 2025, Hon. Jeremy D. Peterson issued an order modifying Maurice Collins' release conditions. (ECF No. 36).

4.      United States Pretrial Services of the Eastern District of California has noted that Maurice Collins has been in continued compliance with his conditions of release, and has had stable housing, employment and participation with treatment services. As a result, Pretrial Services is recommending that the location monitoring conditions be removed.

STIPULATION RE MODIFICATION OF PRETRIAL
RELEASE CONDITIONS

1

5. By this stipulation, the parties now move to modify Maurice Collins' Special Conditions of Release to remove conditions 15 and 16 which pertain to location monitoring conditions.

6. All previous conditions outlined in the Special Conditions of Release ordered on May 27, 2025, remain in effect.

IT IS SO STIPULATED.


Dated:  February 12, 2026                    ERIC GRANT
                                             Acting United States Attorney


                                             /s/ *NICOLE VANEK*
                                             NICOLE VANEK
                                             Assistant United States Attorney


Dated: February 12, 2026                     /s/ *KELLAN PATTERSON*
                                             KELLAN PATTERSO
                                             Counsel for Defendant
                                             MAURICE COLLINS

Dated: February 12, 2026                     _____
                                             NAFEESHA DOBSON
                                             Bond Surety for Defendant


Dated: February 12, 2026                     _____
                                             CHARMAINE STRAUGHTER
                                             Bond Surety for Defendant



Dated: February 12, 2026                     _____
                                             AMBER NEWSOME
                                             Bond Surety for Defendant



Dated: February 12, 2026                     _____
                                             ANGELA GILMORE
                                             Bond Surety for Defendant

STIPULATION RE MODIFICATION OF PRETRIAL                    2
RELEASE CONDITIONS

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:    February 13, 2026    _____
                                JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE

STIPULATION RE MODIFICATION OF PRETRIAL
RELEASE CONDITIONS

3